UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLORIA KELLER** | * | CASE NO. 13-06381 |
| | * | |
| **versus** | * | JUDGE: Helen G. Berrigan |
| | * | |
| **TARGET CORPORATION , ACE AMERICAN** | * | MAGISTRATE |
| **INSURANCE COMPANY and UNKNOWN** | * | Judge Joseph C. Wilkinson, Jr. |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Motion to Dismiss**:**

**IT IS ORDERED** that the claims of GLORIA KELLER, be and is hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __19th__ day of ___November___, 2014.

_____
**J U D G E**